# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Respondent,<br><br>v.<br><br>DANIEL MICHAEL SALINAS,<br><br>Defendant-Petitioner. | CASE NO. 1:15-CR-00339-LJO-SKO<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(ECF NO. 23) |

On March 2, 2017, Petitioner, through appointed counsel, filed a motion pursuant to Title 28, United States Code, Section 2255 ("Section 2255 Motion"), raising issues related to *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016). *See* ECF No. 23. Accordingly,

**IT IS HEREBY ORDERED** that from the date of Petitioner's filing, the Government shall file a response to Petitioner's Section 2255 Motion within **30 days**. From the date of the Government's filing, the Petitioner shall have **30 days** to file a reply.

IT IS SO ORDERED.

Dated:   **March 3, 2017**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE