Tino Perez, SBN 221027
725 Washington Street, Suite 314
Oakland CA 94607
Telephone: (510) 725-2558
Facsimile: (510) 835-1465
Email: tinoperezlaw@gmail.com

Attorney for Daniel Michael Salinas

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DANIEL MICHAEL SALINAS<br><br>　　　　　　　　Defendant. | CASE NO. 1:15-cr-00339-JLT-SKO<br><br>RELEASE ORDER FOR MR. DAVID MICHAEL SALINAS TO BE TRANSPORTED TO THE SALVATION ARMY<br><br>DATE: February 6, 2023<br>TIME: 10:00 a.m. |

On February 6, 2023 defendant Daniel Michael Salinas appeared before the Honorable Jennifer L. Thurston United States District Court Judge, who ordered that Mr. Daniel Michael Salinas be released from federal custody, pending his sentencing, so that he may be able to participate in a residential treatment facility at the Salvation Army in Fresno, California. Furthermore, Judge Thurston ordered that Ms. Lucky Quijano, intake coordinator at the Salvation Army, or one her representatives from the Salvation Army transport Mr. Salinas from the Fresno County jail directly to the Salvation Army. The pickup of Mr. Salinas has been scheduled for approximately 7:00am on Tuesday February 7, 2023.

1

**ORDER**

IT IS THE ORDER OF THE COURT that the United States Marshall Service shall release Mr. Daniel Michael Salinas from federal custody on February 7, 2023, at approximately 7:00am, or soon thereafter, so that he may participate in a residential substance abuse treatment program at the Salvation Army.

Furthermore, IT IS THE ORDER OF THE COURT that Mr. Daniel Michael Salinas be released to and transported by Salvation Army intake coordinator, Lucky Quijano, or one of her representatives from the Salvation Army, from the Fresno County Jail directly to the Salvation Army treatment facility in Fresno, California.

    IT IS SO FOUND.

IT IS SO ORDERED.

    Dated: **February 6, 2023**

UNITED STATES DISTRICT JUDGE