DARRYL E. YOUNG, SBN #255894
Law offices of Darryl E. Young
650 W. 20th Street,
Merced, California 95340
Telephone: (209) 354-3500
Facsimile: (209) 354-3502

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 1:15-cr-00339-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE THE STATUS CONFERENCE; ORDER |
| v. | |
| DANIEL SALINAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for March 20, 2024, at 2:00 p.m. before the Honorable Barbara McAuliffe, may be continued to May 8, 2024, 2:00 p.m. before the Honorable Barbara McAuliffe. The parties agree that the ends of justice served by taking this action outweigh the best interests of the public, as the defense was recently appointed and will need time to prepare.

Dated: March 6, 2024

*/s/ Darryl Young*
Darryl Young
Defense Counsel for Daniel Salinas

Dated: March 6, 2024

*/s/ Arin Heinz*
Arin Heinz
Assistant United States Attorney

STIPULATION AND ORDER - 1

DARRYL E. YOUNG, SBN #255894
Law offices of Darryl E. Young
650 W. 20th Street,
Merced, California 95340
Telephone: (209) 354-3500
Facsimile: (209) 354-3502

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:15-cr-00339-JLT-SKO |
| Plaintiff, | ORDER |
| v. | |
| DANIEL SALINAS, | |
| Defendants. | |

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for March 20, 2024, at 2:00 p.m., may be continued to **May 8, 2024, at 2:00 p.m., before the Honorable Stanley A. Boone**.

IT IS SO ORDERED.

Dated: **March 6, 2024**          /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER - 2