PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL MICHAEL SALINAS,<br><br>Defendant. | CASE NO. 1:15-CR-339-JLT-SKO<br><br>STIPULATION; ORDER<br><br>DATE: May 8, 2024<br>TIME: 2:00 p.m.<br>COURT: Hon. Stanley A. Boone |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

**STIPULATION**

The parties are discussing resolution of this case. The parties request additional time to continue ongoing discussions. Mr. Young requires additional time to discuss resolution with his client, Mr. Salinas. The parties therefore request the status conference be continued to June 24, 2024, where the parties anticipate that Mr. Salinas will be entering an admission.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

| | |
|---|---|
| Dated: May 4, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ ARIN C. HEINZ<br>ARIN C. HEINZ<br>Assistant United States Attorney |
| Dated: May 4, 2024 | /s/ DARRYL YOUNG<br>DARRYL YOUNG<br>Counsel for Defendant<br>DANIEL MICHAEL SALINAS |

**ORDER**

The Court hereby orders the status conference be continued to June 24, 2024, at 2:00 before the duty Magistrate Judge. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **May 6, 2024**

UNITED STATES MAGISTRATE JUDGE