1  Darryl E. Young, SBN #255894
   THE LAW OFFICES OF DARRYL E. YOUNG,
2  7041 Koll Center Pkwy, Ste. 255
   Pleasanton, California, 94566
3  Telephone: (925) 215-0300
   Facsimile:  (925) 418-7181
4

5  Attorney for Defendant Daniel Salinas

6

7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,  |  No.  1:15-CR-00339-JLT

12 |            Plaintiff,

13 |     v.  |  **MOTION TO TERMINATE CJA APPOINTMENT OF DARRYL YOUNG AS ATTORNEY OF RECORD AND ORDER**

14 | DANIEL SALINAS,

15 |            Defendant.

16

17

18

19        On January 13, 2024, Defendant Daniel Salinas a petition for warrant for violation of

20  supervised release was issued.  CJA Panel Attorney Darryl Young was appointed to represent Mr.

21  Salinas on his criminal case.  Mr. Salinas was sentenced pursuant to an admission on July 31,

22  2024.  The time for filing a direct appeal was August 14, 2024.  No direct appeal was filed.   Mr.

23  Salinas was in custody at sentencing.  The trial phase of Mr. Salinas's criminal case has, therefore,

24  come to an end.   Having completed his/her representation of Mr. Salinas, CJA attorney Darryl

25  Young now moves to terminate his appointment under the Criminal Justice Act.

26        Should Mr. Salinas require further legal assistance he has been advised to contact the

27  Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

28

Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated:  September 11, 2024                          Respectfully submitted,


                                                /s/Darryl Young
                                                Attorney's Name, Attorney for Defendant, Daniel Salinas

**[~~PROPOSED~~] ORDER**

Having reviewed the notice and found that attorney Darryl Young has completed the services for which he was appointed, the Court hereby grants attorney Young's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Jesus Lepe at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Fresno County Jail
1225 M st
Fresno, CA 93721.

IT IS SO ORDERED.

Dated:   **September 11, 2024**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE